

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2024

No. 04-24-00440-CR

William James **BALLESTERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR1780
Honorable Ron Rangel, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 31, 2024.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2024.

Luz Estrada, Chief Deputy Clerk